# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASE NO.:

ANTHONY HENRY and
KAYDIAN HENRY,

    Plaintiff,

v.

S & C ELECTRIC COMPANY, a Delaware Corporation,

    Defendant.
_____/

## COMPLAINT

COME NOW, the Plaintiffs, ANTHONY HENRY and KAYDIAN HENRY, individually and jointly, by and through his undersigned counsel, sue the Defendant, S&C ELECTRIC COMPANY ("S&C"), a Delaware Corporation, and allege as follows:

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2. At all times material hereto, Plaintiffs, ANTHONY HENRY and KAYDIAN HENRY, have been husband and wife and residents of Pinellas County, Florida.

3. Defendant, S&C, is a corporation organized under the laws of Delaware with its principal headquarters located in Chicago, Illinois, and which is a global provider of equipment and services for electric power systems.

4. Defendant, S&C, is, and at all times material hereto, has been a foreign corporation licensed to do and doing business in Florida and is subject to the jurisdiction of this Court pursuant to the provisions of Florida Statutes § 48.193 and 48.081.

## GENERAL ALLEGATIONS AND FACTS

5. Plaintiffs satisfied all conditions precedent.

6. On or about February 21, 2022, in the vicinity University Village, 250 3rd Street. S, St. Petersburg, Pinellas County, Florida, ANTHONY HENRY was seriously and permanently injured when a distribution switchgear exploded causing an arc flash while he was executing a planned switching order to switch a circuit back in service. At the time of his injury, Plaintiff, ANTHONY HENRY, was acting within the courses and scope of his employment with Duke Energy.

7. Defendant, S&C, designed, engineered, manufactured, tested, assembled, inspected, promoted, distributed, sold, and advertised the electrical distribution equipment involved in the explosion. Specifically: S&C Model #PMH-9 Live Front Switchgear #6454703.

8. Defendant, S&C, had a duty to use reasonable care in the design and manufacture of the aforementioned electrical distribution equipment and in the creation of warnings and instructions which would accompany such equipment.

9. Defendant, S&C, negligently and carelessly designed, engineered, manufactured, tested assembled, inspected, promoted, distributed, sold and advertised the aforementioned electrical distribution equipment and negligently failed to warn of its hazards and defects.

10. Defendant, S&C, knew or reasonably should have discovered that defects in the design and manufacture of the of the aforementioned electrical distribution equipment and/or the inadequacies of the warnings/instructions it provided for their use. Said defects and inadequacies

made the aforementioned electrical distribution equipment unreasonably dangerous and a hazard to the safety of intended users.

11. At the time the afore-mentioned electrical distribution equipment left the control of Defendant, S&C, it was defective in design, manufacture, instruction and warning, causing Defendant, S&C, to be strictly liable to the Plaintiffs.

12. Defendant, S&C, expressly and impliedly warranted that the aforementioned electrical distribution equipment was fit and safe for all reasonable and expected uses in connection therewith; and did further warrant that the aforementioned electrical distribution equipment was of good and merchantable quality.

13. Defendant, S&C, did breach the foregoing express and implied warranties, for which Defendant, S&C, is negligently and strictly liable to the Plaintiffs.

14. As a direct and proximate result of S&C's negligence, breach of the expressed and implied warranties, strict liability in design and manufacture and failure to warn, Plaintiff, ANTHONY HENRY, has:

    a. Endured past pain, suffering, disability, impairment, and emotional distress and will in the future endure pain, suffering, disability, impairment and emotional distress.

    b. Incurred expenses for medical care and treatment of his injuries and in the future will be required to incur expenses for medical care and treatment of his injuries.

    c. Sustained past wage loss and will in the future sustain a reduction in his earning capacity.

15. As a direct and proximate result of S&C's negligence, breach of the expressed and implied warranties, strict liability in design and manufacture and failure to warn, Plaintiff, KAYDIAN HENRY, has suffered the loss of her husband's services, society and companionship and will in the future suffer a loss of her husband's services, society and companionship, and has otherwise been damaged and injured.

WHEREFORE, Plaintiffs, ANTHONY HENRY and KAYDIAN HENRY, individually and jointly, sue Defendant, S&C ELECTRIC COMPANY, and claim damages in excess of Seventy-Five Thousand ($75,000.00) plus interest and costs, and respectfully demands a trail by jury.

## DEMAND FOR JURY TRIAL

Plaintiffs, ANTHONY HENRY and KAYDIAN HENRY, demand trial by jury on all issues so triable as a matter of right.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the Defendant via service of process.

> Respectfully submitted,
> HUGHES LAW
> */s/ Ryan L. Hicks, Esq.*
> Ryan L. Hicks
> Florida Bar No. 1008068
> 101 E. Kennedy Blvd., Suite 3920
> Tampa, FL 33602
> Telephone: (727)266-0022
> Primary: hicks@ryanhugheslaw.com
> Secondary: Craig@ryanhugheslaw.com
> Facsimile: (813) 699-3499
> Attorney for Plaintiff