IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY HENRY, and KAYDIAN HENRY,

Plaintiffs,

v. Case No. 8:23-cv-00642-SDM-AAS

S&C ELECTRIC COMPANY,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, ANTHONY HENRY and KAYDIAN HENRY, and Defendant, S&C ELECTRIC COMPANY, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice and with each party bearing its own costs.

Signed on April 18, 2024.

/s/ *Ryan L. Hicks*

Ryan L. Hicks, Esquire
Florida Bar No. 1008068
HUGHES LAW
101 East Kennedy Boulevard, Suite 3920
Tampa, Florida 33602
Telephone No. (717) 266-0022
hicks@ryanhugheslaw.com

Signed on April 18, 2024.

/s/

Richard C. Alvarez, Esquire
Florida Bar No. 031615
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone No. (813) 223-7333
rick.alvarez@akerman.com

Amy Graham Doehring, Esquire
Gregory A. Kubly, Esquire

Case No. 8:23-cv-00642-SDM-AAS

AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone No. (312) 634-5700
amy.doehring@akerman.com
gregory.kubly@akerman.com

*Counsel to S&C Electric Company*

2